IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ISSA LY, | : |
| *Petitioner*, | : Case No. 1:25-cv-958 |
| v. | : Judge Jeffery P. Hopkins |
| RICHARD JONES, *et al.*, | : Magistrate Judge Elizabeth P. Deavers |
| *Respondents*. | : |

# ORDER

Petitioner, Issa Ly, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Ly from this District nor allow him to be removed from this District unless or until the Court orders otherwise. *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately serve Respondents with a copy of the petition and its accompanying papers, along with a copy of this Order, by regular mail and by email to the United States Attorney's Office for the Southern District of Ohio; and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

December 29, 2025

Jeffery P. Hopkins
United States District Judge