# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **ISSA LY,** | : | Case No. 1:25-cv-958 |
| Petitioner, | : | |
| vs. | : | Judge Jeffrey P. Hopkins |
| **RICHARD JONES, et al.,** | : | Magistrate Judge Elizabeth P. Deavers |
| Respondent. | : | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner, Issa Ly, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order **by January 7, 2026**.

**IT IS SO ORDERED.**

December 30, 2025

*s/ Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
United States Magistrate Judge