**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| ISSA LY, | : |
| | : |
| *Petitioner,* | : Case No. 1:25-cv-958 |
| | : |
| v. | : Judge Jeffery P. Hopkins |
| | : |
| SHERIFF, BUTLER COUNTY JAIL, | : |
| *et al.*, | : |
| | : |
| *Respondents.* | : |

---

**ORDER**

---

Petitioner Issa Ly, a citizen and native of Mauritania, is a United States Immigration and Customs Enforcement detainee currently detained at the Butler County Jail in Butler County, Ohio. Petitioner has filed a Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241. Respondents Butler County Sheriff Richard K. Jones and Butler County Jail Warden Captain Kevin Grathwohl (the "Butler County Respondents") have moved to dismiss the Petition as it pertains to them under Fed. R. Civ. P. 12(b)(6).

Title 28 U.S.C. § 2243 requires the writ or order to show cause to be "directed to the person having custody of the person detained." In the context of a habeas corpus petition filed by a noncitizen detained in a local detention facility contracted by Immigration and Customs Enforcement ("ICE"), it is the Department of Homeland Security ("DHS") Field Director, and not the head of the contracted detention facility, that "has power over" the noncitizen petitioner under 28 U.S.C. § 2243. *Roman v. Ashcroft, et al.*, 340 F.3d 314, 320 (6th Cir. 2003) (citing *Henderson v. INS*, 157 F.3d 106, 122 (2d Cir. 1998)). Sheriff Richard K. Jones and Captain Kevin Grathwohl are therefore not properly named Respondents. Accordingly, the

1

Court **GRANTS** the Butler County Respondents' Motion to Dismiss (Doc. 6), and **DISMISSES** the Petition as to them.

> **IT IS SO ORDERED.**

June 17, 2026

Jeffery P. Hopkins
United States District Judge

2